# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139747

MARY T. SCOTT,
            Plaintiff-Appellant,

v                                                SC: 139747
                                                 COA: 286833
                                                 Oakland CC: 07-086204-NM

FRANK HARON WEINER & NAVARRO,
DAVID L. HARON, MONICA P.
NAVARRO, and J. LAEVN WEINER,
            Defendants-Appellees.

_____/

        On order of the Court, the application for leave to appeal the August 18, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

Clerk

d1214